Eugene J. Egan, Esq. (SBN130108)
AnneMarie McDowell, Esq. (SBN 229349)
MANNING & KASS,
ELLROD, RAMIREZ, TRESTER LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

JS-6

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIANA POZEGA-WALKER, an individual, | CASE NO. CV11-02487 JFW (RZx) |
| Plaintiff, | State Case No. MC022345 |
| vs. | **ORDER RE: STIPULATION OF DISMISSAL** |
| TARGET CORPORATION, a business entity, form unknown, and DOES 1 TO 100, Inclusive, | |
| Defendants. | Complaint Filed: 2/16/11<br>Trial Date: 2/7/12 |

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED: November 8, 2011    _____
                            HONORABLE JOHN F. WALTER

-1-
[PROPOSED] ORDER RE: DISMISSAL